# United States Court of Appeals
## For the First Circuit

No. 26-1218

NATIONAL ALLIANCE TO END HOMELESSNESS; NATIONAL LOW INCOME HOUSING COALITION; CROSSROADS RHODE ISLAND; YOUTH PRIDE, INC.; CITY OF BOSTON; CITY OF CAMBRIDGE; MARTIN LUTHER KING, JR. COUNTY; METROPOLITAN GOVERNMENT OF NASHVILLE & DAVIDSON COUNTY; COUNTY OF SANTA CLARA; CITY AND COUNTY OF SAN FRANCISCO; CITY OF TUSCON,

Plaintiffs - Appellees,

v.

UNITED STATES DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT; SCOTT TURNER, in the official capacity as Secretary of the United States Department of Housing and Urban Development,

Defendants - Appellants.

**JUDGMENT**

Entered: April 24, 2026
Pursuant to 1st Cir. R. 27.0(d)

Upon consideration of appellants' assented-to motion, it is hereby ordered that this appeal be voluntarily dismissed pursuant to Fed. R. App. P. 42(b)(2) with each party to bear its own costs.

Mandate to issue forthwith.

By the Court:

Anastasia Dubrovsky, Clerk

cc:
Yvonne R. Meré
Lynette J. Labinger
Madeline H. Gitomer
Amy Retsinas Romero
Kevin Love Hubbard

Simon Christopher Brewer
Kristin Bateman
Robin F. Thurston
Carrie Y. Flaxman
Toby Merrill
Cassandra Crawford
Kayla Max Svihovec
Graham Provost
Christopher Michael Sanders
Cristy Craig
Mika Rothman
Abigail Greer
John Whitaker
Sara J. Eisenberg
Michael Levin-Gesundheit
Lauren S. Zurier
Daniel Tenny
Brett Allen Shumate
Kevin M. Bolan
Sarah Clark Griffin